# DELAWARE CORRECTIONAL CENTER
# SUPPORT SERVICES OFFICE
# MEMORANDUM

TO: Ron Preston   SBI#: 163750

FROM: Stacy Shane, Support Services Secretary

RE: **6 Months Account Statement**

DATE: August 3, 2005


FILED
SEP 16 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Attached are copies of your inmate account statement for the months of February 1, 2005 to July 31, 2005.

The following indicates the average daily balances.

| MONTH | AVERAGE DAILY BALANCE |
|---|---|
| Feb | (-214.91) |
| March | (-214.91) |
| April | (-214.91) |
| May | (-214.91) |
| June | (-214.91) |
| July | (-214.91) |

Average daily balances/6 months: (-214.91)

Attachments
CC: File

Stacy Shane
8/3/05

# Individual Statement - No Transactions This Month

Date Printed: 8/2/2005  Page 1 of 1

## For Month of February 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | ($214.91) |
|---|---|---|---|---|---|---|
| 00163750 | Proctor | Ronald | | | | |
| **Current Location:** | 21 | | | | | |

| Source | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|

| | | | | | Ending Mth Balance: | ($214.91) |

# Individual Statement - No Transactions This Month

Date Printed: 8/2/2005                                                                 Page 1 of 1

## For Month of March 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | ($214.91) |
|---|---|---|---|---|---|---|
| 00163750 | Proctor | Ronald | | | | |
| Current Location: | 21 | | | | | |

| Source | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|
| | | | | | Ending Mth Balance: | ($214.91) |

# Individual Statement

Date Printed: 8/2/2005

Page 1 of 1

## For Month of April 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | ($214.91) |
|---|---|---|---|---|---|---|
| 00163750 | Proctor | Ronald | | | | |

Current Location: 21

Comments: QOL2 OWES DST 3000.00

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Pay-To | 4/15/2005 | $0.00 | $0.00 | ($0.37) | ($214.91) | 95090 | | DST/POSTAGE | |

Ending Mth Balance: ($214.91)

# Individual Statement

## For Month of May 2005

Date Printed: 8/2/2005

Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | ($214.91) | |
|---|---|---|---|---|---|---|---|
| 00163750 | Proctor | Ronald | | | | | |
| Current Location: | 21 | | | Comments: | QOL2 OWES DST 3000.00 | | |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Supplies-MailP | 5/18/2005 | $0.00 | $0.00 | ($3.95) | ($214.91) | 108710 | | 3/3/05 | |
| Supplies-MailP | 5/18/2005 | $0.00 | $0.00 | ($0.81) | ($214.91) | 108714 | | 10/26/04 | |
| Supplies-MailP | 5/18/2005 | $0.00 | $0.00 | ($1.97) | ($214.91) | 108715 | | 9/24/04 | |
| Supplies-MailP | 5/19/2005 | $0.00 | $0.00 | ($3.57) | ($214.91) | 108880 | | 5/9/05 | |
| Supplies-MailP | 5/19/2005 | $0.00 | $0.00 | ($3.57) | ($214.91) | 109073 | | 4/11/05 | |
| Supplies-MailP | 5/19/2005 | $0.00 | $0.00 | ($3.57) | ($214.91) | 109242 | | 4/4/05 | |
| Pay-To | 5/19/2005 | $0.00 | $0.00 | ($5.85) | ($214.91) | 109528 | | DST/POSTAGE | |
| Pay-To | 5/25/2005 | $0.00 | $0.00 | ($0.37) | ($214.91) | 111535 | | DST/POSTAGE | |
| Pay-To | 5/25/2005 | $0.00 | $0.00 | ($0.37) | ($214.91) | 111536 | | DST/POSTAGE | |
| Supplies-MailP | 5/26/2005 | $0.00 | $0.00 | ($3.97) | ($214.91) | 112134 | | 07/05/04 | |
| Supplies-MailP | 5/26/2005 | $0.00 | $0.00 | ($3.97) | ($214.91) | 112239 | | 8/2/04 | |
| Supplies-MailP | 5/26/2005 | $0.00 | $0.00 | ($1.68) | ($214.91) | 112302 | | 4/5/04 | |

Ending Mth Balance: ($214.91)

# Individual Statement

## For Month of June 2005

Date Printed: 8/2/2005

Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | Beg. Mth Balance: | ($214.91) |
|---|---|---|---|---|---|---|
| 00163750 | Proctor | Ronald | | | | |
| Current Location: | 21 | | | Comments: | QOL2 OWES DST 3000.00 | |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Supplies-MailP | 6/9/2005 | $0.00 | $0.00 | ($3.81) | ($214.91) | 118346 | | 5/3/04 | |
| Pay-To | 6/13/2005 | $0.00 | $0.00 | ($3.95) | ($214.91) | 119500 | | DST/POSTAGE | |
| Pay-To | 6/13/2005 | $0.00 | $0.00 | ($0.37) | ($214.91) | 119502 | | DST/POSTAGE | |
| Pay-To | 6/13/2005 | $0.00 | $0.00 | ($0.37) | ($214.91) | 119503 | | DST/POSTAGE | |
| Pay-To | 6/13/2005 | $0.00 | $0.00 | ($0.60) | ($214.91) | 119504 | | DST/POSTAGE | |
| Pay-To | 6/13/2005 | $0.00 | $0.00 | ($0.60) | ($214.91) | 119505 | | DST/POSTAGE | |
| Pay-To | 6/13/2005 | $0.00 | $0.00 | ($0.37) | ($214.91) | 119508 | | DST/POSTAGE | |
| Pay-To | 6/13/2005 | $0.00 | $0.00 | ($0.60) | ($214.91) | 119510 | | DST/POSTAGE | |
| Pay-To | 6/13/2005 | $0.00 | $0.00 | ($0.37) | ($214.91) | 119528 | | DST/POSTAGE | |
| Pay-To | 6/13/2005 | $0.00 | $0.00 | ($0.37) | ($214.91) | 119529 | | DST/POSTAGE | |
| Pay-To | 6/13/2005 | $0.00 | $0.00 | ($0.60) | ($214.91) | 119530 | | DST/POSTAGE | |
| Pay-To | 6/13/2005 | $0.00 | $0.00 | ($0.60) | ($214.91) | 119538 | | DST/POSTAGE | |
| Pay-To | 6/13/2005 | $0.00 | $0.00 | ($0.83) | ($214.91) | 119619 | | DST/POSTAGE | |
| Pay-To | 6/13/2005 | $0.00 | $0.00 | ($0.37) | ($214.91) | 119638 | | DST/POSTAGE | |
| Pay-To | 6/13/2005 | $0.00 | $0.00 | ($0.49) | ($214.91) | 119645 | | DST/POSTAGE | |
| Pay-To | 6/13/2005 | $0.00 | $0.00 | ($0.37) | ($214.91) | 119646 | | DST/POSTAGE | |
| Pay-To | 6/13/2005 | $0.00 | $0.00 | ($0.49) | ($214.91) | 119647 | | DST/POSTAGE | |
| Pay-To | 6/13/2005 | $0.00 | $0.00 | ($0.60) | ($214.91) | 119648 | | DST/POSTAGE | |
| Supplies-MailP | 6/14/2005 | $0.00 | $0.00 | ($3.73) | ($214.91) | 120270 | | 5/31/04 | |
| Pay-To | 6/20/2005 | $0.00 | $0.00 | ($0.37) | ($214.91) | 122087 | | DST/POSTAGE | |
| Pay-To | 6/20/2005 | $0.00 | $0.00 | ($0.37) | ($214.91) | 122088 | | DST/POSTAGE | |
| Pay-To | 6/20/2005 | $0.00 | $0.00 | ($0.37) | ($214.91) | 122096 | | DST/POSTAGE | |
| Pay-To | 6/20/2005 | $0.00 | $0.00 | ($0.37) | ($214.91) | 122097 | | DST/POSTAGE | |
| Pay-To | 6/20/2005 | $0.00 | $0.00 | ($0.37) | ($214.91) | 122098 | | DST/POSTAGE | |
| Pay-To | 6/20/2005 | $0.00 | $0.00 | ($0.37) | ($214.91) | 122121 | | DST/POSTAGE | |

Ending Mth Balance: ($214.91)

# Individual Statement
## For Month of July 2005

Date Printed: 8/2/2005

Page 1 of 2

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | ($214.91) | |
|---|---|---|---|---|---|---|---|
| 00163750 | Proctor | Ronald | | | | | |
| Current Location: | 21 | | | Comments: | QOL2 OWES DST 3000.00 | | |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Medical | 7/7/2005 | $0.00 | ($8.00) | $0.00 | ($214.91) | 129771 | 6/29/05 | | |
| Pay-To | 7/8/2005 | $0.00 | $0.00 | ($0.37) | ($214.91) | 130095 | | DST/POSTAGE | |
| Pay-To | 7/8/2005 | $0.00 | $0.00 | ($0.37) | ($214.91) | 130096 | | DST/POSTAGE | |
| Pay-To | 7/8/2005 | $0.00 | $0.00 | ($0.60) | ($214.91) | 130097 | | DST/POSTAGE | |
| Pay-To | 7/8/2005 | $0.00 | $0.00 | ($2.44) | ($214.91) | 130147 | | DST/POSTAGE | |
| Pay-To | 7/8/2005 | $0.00 | $0.00 | ($1.52) | ($214.91) | 130149 | | DST/POSTAGE | |
| Pay-To | 7/8/2005 | $0.00 | $0.00 | ($0.37) | ($214.91) | 130152 | | DST/POSTAGE | |
| Pay-To | 7/8/2005 | $0.00 | $0.00 | ($0.60) | ($214.91) | 130155 | | DST/POSTAGE | |
| Pay-To | 7/8/2005 | $0.00 | $0.00 | ($0.60) | ($214.91) | 130158 | | DST/POSTAGE | |
| Pay-To | 7/8/2005 | $0.00 | $0.00 | ($1.52) | ($214.91) | 130159 | | DST/POSTAGE | |
| Pay-To | 7/8/2005 | $0.00 | $0.00 | ($6.30) | ($214.91) | 130160 | | DST/POSTAGE | |
| Pay-To | 7/18/2005 | $0.00 | $0.00 | ($0.60) | ($214.91) | 132809 | | DST/POSTAGE | |
| Pay-To | 7/18/2005 | $0.00 | $0.00 | ($0.37) | ($214.91) | 132834 | | DST/POSTAGE | |
| Pay-To | 7/18/2005 | $0.00 | $0.00 | ($0.37) | ($214.91) | 132849 | | DST/POSTAGE | |
| Pay-To | 7/18/2005 | $0.00 | $0.00 | ($0.37) | ($214.91) | 132853 | | DST/POSTAGE | |
| Pay-To | 7/18/2005 | $0.00 | $0.00 | ($0.37) | ($214.91) | 132880 | | DST/POSTAGE | |
| Pay-To | 7/18/2005 | $0.00 | $0.00 | ($0.37) | ($214.91) | 132883 | | DST/POSTAGE | |
| Pay-To | 7/18/2005 | $0.00 | $0.00 | ($0.37) | ($214.91) | 132885 | | DST/POSTAGE | |
| Pay-To | 7/18/2005 | $0.00 | $0.00 | ($0.37) | ($214.91) | 132889 | | DST/POSTAGE | |
| Pay-To | 7/18/2005 | $0.00 | $0.00 | ($0.37) | ($214.91) | 132892 | | DST/POSTAGE | |
| Supplies-MailP | 7/20/2005 | $0.00 | $0.00 | ($3.97) | ($214.91) | 134152 | 9/1/04 | | |
| Pay-To | 7/20/2005 | $0.00 | $0.00 | ($0.37) | ($214.91) | 134161 | | DST/POSTAGE | |
| Pay-To | 7/20/2005 | $0.00 | $0.00 | ($3.95) | ($214.91) | 134180 | | DST/POSTAGE | |
| Pay-To | 7/20/2005 | $0.00 | $0.00 | ($0.37) | ($214.91) | 134191 | | DST/POSTAGE | |
| Pay-To | 7/25/2005 | $0.00 | $0.00 | ($0.83) | ($214.91) | 135583 | | DST/POSTAGE | |
| Pay-To | 7/25/2005 | $0.00 | $0.00 | ($1.52) | ($214.91) | 135585 | | DST/POSTAGE | |
| Pay-To | 7/25/2005 | $0.00 | $0.00 | ($0.37) | ($214.91) | 135587 | | DST/POSTAGE | |
| Pay-To | 7/25/2005 | $0.00 | $0.00 | ($0.60) | ($214.91) | 135588 | | DST/POSTAGE | |
| Pay-To | 7/25/2005 | $0.00 | $0.00 | ($0.60) | ($214.91) | 135589 | | DST/POSTAGE | |
| Pay-To | 7/25/2005 | $0.00 | $0.00 | ($0.37) | ($214.91) | 135590 | | DST/POSTAGE | |

Date Printed: 8/2/2005

**Individual Statement**

**For Month of July 2005**

Page 2 of 2

| | | | | | | |
|---|---|---|---|---|---|---|
| Pay-To | 7/25/2005 | $0.00 | $0.00 | ($0.37) | ($214.91) | 135591 | DST/POSTAGE |
| Pay-To | 7/25/2005 | $0.00 | $0.00 | ($0.37) | ($214.91) | 135609 | DST/POSTAGE |
| Pay-To | 7/25/2005 | $0.00 | $0.00 | ($0.37) | ($214.91) | 135610 | DST/POSTAGE |
| Pay-To | 7/25/2005 | $0.00 | $0.00 | ($0.37) | ($214.91) | 135611 | DST/POSTAGE |
| Pay-To | 7/25/2005 | $0.00 | $0.00 | ($4.75) | ($214.91) | 135612 | DST/POSTAGE |
| Pay-To | 7/25/2005 | $0.00 | $0.00 | ($5.85) | ($214.91) | 135613 | DST/POSTAGE |
| Pay-To | 7/25/2005 | $0.00 | $0.00 | ($0.60) | ($214.91) | 135614 | DST/POSTAGE |
| Pay-To | 7/25/2005 | $0.00 | $0.00 | ($0.83) | ($214.91) | 135616 | DST/POSTAGE |
| Pay-To | 7/25/2005 | $0.00 | $0.00 | ($0.60) | ($214.91) | 135617 | DST/POSTAGE |
| Pay-To | 7/25/2005 | $0.00 | $0.00 | ($0.60) | ($214.91) | 135618 | DST/POSTAGE |
| Pay-To | 7/25/2005 | $0.00 | $0.00 | ($0.37) | ($214.91) | 135619 | DST/POSTAGE |
| Pay-To | 7/25/2005 | $0.00 | $0.00 | ($4.75) | ($214.91) | 135620 | DST/POSTAGE |
| Pay-To | 7/25/2005 | $0.00 | $0.00 | ($0.83) | ($214.91) | 135621 | DST/POSTAGE |
| Pay-To | 7/25/2005 | $0.00 | $0.00 | ($0.60) | ($214.91) | 135622 | DST/POSTAGE |
| Pay-To | 7/27/2005 | $0.00 | $0.00 | ($3.13) | ($214.91) | 136875 | DST/POSTAGE |
| Pay-To | 7/27/2005 | $0.00 | $0.00 | ($2.67) | ($214.91) | 136876 | DST/POSTAGE |

Ending Mth Balance: **($214.91)**