IN THE SUPERIOR COURT OF THE STATE OF DELAWARE
IN AND FOR SUSSEX COUNTY

STATE OF DELAWARE

    VS.

RONALD E PROCTOR

Alias: See attached list of alias names.

DOB: 09/05/1958
SBI: 00163750

CASE NUMBER:
9809013934

CRIMINAL ACTION NUMBER:
IS98-11-0579W
RECK END 1ST(F)
IS98-11-0580W
RECK END 1ST(F)
IS98-11-0581W
RECK END 1ST(F)
IS98-11-0584W
ESCAPE 3RD(M)
IS98-11-0585W
THEFT $1000 OR>(F)

COMMITMENT

### SENTENCE ORDER

NOW THIS  8TH DAY OF SEPTEMBER, 2000, IT IS THE ORDER OF THE COURT THAT:

**Effective September  8, 2000 the defendant is sentenced as follows:**

The defendant is adjudged guilty of the offense(s) charged.
The defendant is to pay the costs of prosecution and all statutory surcharges.
The defendant is declared a habitual offender pursuant to DE 114214000AFA
Restitution is to be determined by Department of Justice within 60 days.

AS TO IS98-11-0579W : TIS

The defendant is placed in the custody of the Department of Correction for 6 year(s) at supervision level 5 with credit for time served

AS TO IS98-11-0580W : TIS

The defendant is placed in the custody of the Department

Exhibit B

STATE OF DELAWARE
       VS.
RONALD E PROCTOR
DOB: 09/05/1958
SBI: 00163750

of Correction for 5 year(s) at supervision level 5

   - Suspended for 6 month(s) at supervision level 4 WORK RELEASE

   - Followed by 4 year(s) 6 month(s) at supervision level 3

   - Hold at supervision level 5

   - Until space is available at supervision level 4 WORK RELEASE

  Probation is consecutive to criminal action number 98-11-0579

**AS TO IS98-11-0581W : TIS**

 The defendant is placed in the custody of the Department of Correction for 5 year(s) at supervision level 5

   - Suspended for 5 year(s) at supervision level 3

  Probation is consecutive to criminal action number 98-11-0580

**AS TO IS98-11-0584W : TIS**

 The defendant is placed in the custody of the Department of Correction for 1 year(s) at supervision level 5

   - Suspended for 1 year(s) at supervision level 3

  Probation is consecutive to criminal action number 98-11-0581

STATE OF DELAWARE
         VS.
RONALD E PROCTOR
DOB: 09/05/1958
SBI: 00163750


**AS TO IS98-11-0585W : TIS**

The defendant is placed in the custody of the Department of Correction for 2 year(s) at supervision level 5


- Suspended for 2 year(s) at supervision level 2


Probation is consecutive to criminal action number 98-11-0585

SPECIAL CONDITIONS BY ORDER

STATE OF DELAWARE
        VS.
RONALD E PROCTOR
DOB: 09/05/1958
SBI: 00163750

CASE NUMBER:
9809013934

This sentence is pursuant to Rule 11 (e)(1)(c).

Pay financial obligations during the probationary period.

Have no contact with Bryan Carlough

Have no contact with anthony carvo

Have no contact with Alan Thorley

Have no contact with Patrick Merritt

Have no contact with Sussex Conservation

Be evaluated for substance abuse and follow any recommendations for counseling, testing or treatment deemed appropriate.

Perform 5 hour(s) to 35 hours per week of community service while at Level 3

JUDGE RICHARD F STOKES

NOTES

**STATE OF DELAWARE**
         **VS.**
**RONALD E PROCTOR**
**DOB: 09/05/1958**
**SBI: 00163750**

                                        CASE NUMBER:
                                        9809013934

Defendant is declared an Habitual Offender pursuant to title 11, section 4214(a). under count 4- 0579

Defendant is to pay extradition fees in the amount of $818.30 to State of Delaware

Defendant is to perform 5-35 hours of community service per week, unless fully employed.

Dept. of corrections to determine Credit for time served.

## FINANCIAL SUMMARY

STATE OF DELAWARE
       VS.
RONALD E PROCTOR
DOB: 09/05/1958
SBI: 00163750

                                        CASE NUMBER:
                                         9809013934

SENTENCE CONTINUED:

| | |
|---|---:|
| TOTAL DRUG DIVERSION FEE ORDERED | |
| TOTAL CIVIL PENALTY ORDERED | |
| TOTAL DRUG REHAB. TREAT. ED. ORDERED | |
| TOTAL EXTRADITION ORDERED | 818.30 |
| TOTAL FINE AMOUNT ORDERED | |
| FORENSIC FINE ORDERED | |
| RESTITUTION ORDERED | .00 |
| SHERIFF, NCCO ORDERED | |
| SHERIFF, KENT ORDERED | 60.00 |
| SHERIFF, SUSSEX ORDERED | 405.00 |
| PUBLIC DEF, FEE ORDERED | 50.00 |
| PROSECUTION FEE ORDERED | |
| VICTIM'S COM ORDERED | |
| VIDEOPHONE FEE ORDERED | 5.00 |
| **TOTAL** | **1,338.30** |

                                JUDGE RICHARD F STOKES

08September2000                 6                      17:02

LIST OF ALIAS NAMES

**STATE OF DELAWARE**
         **VS.**
**RONALD E PROCTOR**
DOB: 09/05/1958
SBI: 00163750

CASE NUMBER:
9809013934

RONALD E PROCTOR