#857 9-13-05
OMITTED
AS TO JOW-JIB
REFUSING TO
PROVIDE ACCESS
TO LEGAL REQUESTS
MATERIALS OF
JOW-JIB
SLIP OF
9-9-05

EXHIBIT "H" IS
RESERVED AND/OR
ATTACHED TO THE
PETITION AS
MEMORANDUM OF LAW

EXHIBIT "H"