STATE OF DELAWARE     )         AFFIDAVIT OF: Ronald E. Proctor Jr.
                      ) SS      DATED: June 30, 2005
COUNTY OF New Castle  )

## AFFIDAVIT

I, Ronald E. Proctor Jr., being first duly sworn deposes and says that the foregoing statement is a true and correct observation of what occurred on the above date herein at/in SHU Building AC-5 FoodFlap located in the Delaware Correctional Center, Smyrna, Delaware, in that I was a part of or witnessed the incident described herein. I would clearly state under penalty of perjury of the laws of the State of Delaware.

Cpl. B. Oney on 6-23-05 AT 1:15PM came to my cell about GR.#. No. 5056 she stated for to sign off as its been resolved, I told her I was just in a Grie.v. Hearin about same Griev at this point I asked her about incident and she said she went to Joe J. Hudson Supp. Srv. Mgr. And took Proctor's legal env's back from J. Hudson as they sat there for 2 wks. And she mailed them. These were the US Supreme Court Writ of Cert. that denied as being untimely. Cpl. B. Oney also stated that legal mail for indigents are allowed 'only' for Cri Case that I'm 'held' 'under' and nothing else is deemed legal Mail. In short, she was trying blame upon Joe Hudson for the delay that denied me access to timely file a Writ of Cert to the US Supreme Court in July 2004.

Affiant: _Ronald E. Proctor Jr._
Signature Ronald E. Proctor Jr.

_Ronald E. Proctor Jr._
Print Name
Delaware Correctional Center
Smyrna, DE. 19977

SWORN TO AND SUBSCRIBED before me this 29th day of July, 2005
My Commission Expires: Exhibit J

(See Exhibit J)

Notary Public

Joan Gold refused 7-1-05 notary.
#003