State of Delaware ss
County of New Castle ss.

Affidavit of
Ronald E. Proctor
#00637150 SHU ADUG

## Statement

From 10/24/04 to 11/4/04 B. Enprem did hold my U.S. Supreme Court (R. Mino) case Writ of Cert. that submitted for copy service.

B. Enprem has refused to send me anything I (request) on Law Lib. request slips since 9-18-04.

I have filed grievances with Capt. dy Meason; Dep. Warden E. Doois; J. F. Seaford Courts and O.S. Services Atty. D. J. Maan and Dr. I-mont.

All requests have not been responded to and/or has B. Enpreme stopped his acts that are documented on a daily bases.

Sworn to + Subscribed before me this 7th day of November 2004.

X _____
Ronald E. Proctor

X Osman Samander
Notary Public

Exh. J-1