FORM #584

## GRIEVANCE FORM

FACILITY: DCC SHU          DATE: 10-31-04

GRIEVANT'S NAME: Ron Proudl   SBI#: 173730

CASE#: 8479                TIME OF INCIDENT: _____

HOUSING UNIT: 19 2u2

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED IN THE INCIDENT OR ANY WITNESSES.

On 10-29-04 B.E. See Attached only sent me some items he's not sent all items marked as NEW them. B. Createm is also hold my legal papers now for 35 days and no one has stopped or correct him.

ACTION REQUESTED BY GRIEVANT: Investigate

GRIEVANT'S SIGNATURE: _____    DATE: 10-31-04

WAS AN INFORMAL RESOLUTION ACCEPTED?    ____(YES)    ____(NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE: _____    DATE: _____

IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.

cc: INSTITUTION FILE
    GRIEVANT

April '97 REV

RECEIVED
NOV 03 2004
Inmate Grievance Office

Exh. J-2