05-314/1    Jow Jib    8-24-05

1.) Per Your Atty heres TO C(50) lists
For 3rd Cir file - 8-23-05
Need:

RECEIVED
AUG 25 2005
SHU LAW LIBRARY

A.) I.O.P.S; 2.2; 2.5; 7.1 TO 7.3;
9.5 Thru 9.6.N.; 10.4; 13.1 TO 13.3

B.) Loc. Rules FRAP's — 3.4; 5.1; 12.;
22 Thru 22.3; 33.6; 39.1; 104.0; 104.1;
110.0 TO 110.1; 111.3;

2.) Returnings 28 USC 1946 And 28 1915
Need full Format of these Laws
with Case Law's, Headnote So dont Act
Stupid And Print full Text or I
File another Grier/Jow Suit on You

No Item Sent. F/m Proctor has
failed to return legal materials
signed out. (B.E) 8-29-05.    Sv.kT-3

Ron Proctor
MAWS