JS 44 (Rev.) **ORIGINAL**  CIVIL COVER SHEET  05-683

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I. (a) PLAINTIFFS**
Ronald E. Proctor Jr.

**DEFENDANTS**
Warden Thomas Carroll et al

(b) County of Residence of First Listed Plaintiff: NCC
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed: NCC
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)
1181 Paddock Rd, 17 Aus, Smyrna, DE 19977-9679

Attorneys (If Known)
DOJ of Justice, 820 N. French St, Wilm, DE 19801

**II. BASIS OF JURISDICTION** (Place an "X" in One Box Only)
- G 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- G 2 U.S. Government Defendant
- G 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | G 1 | Incorporated or Principal Place of Business In This State | G 4 | G 4 |
| Citizen of Another State | G 2 | G 2 | Incorporated and Principal Place of Business In Another State | G 5 | G 5 |
| Citizen or Subject of a Foreign Country | G 3 | G 3 | Foreign Nation | G 6 | G 6 |

**IV. NATURE OF SUIT** (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| G 110 Insurance | PERSONAL INJURY / PERSONAL INJURY | G 610 Agriculture | G 422 Appeal 28 USC 158 | G 400 State Reapportionment |
| G 120 Marine | G 310 Airplane / G 362 Personal Injury— Med. Malpractice | G 620 Other Food & Drug | G 423 Withdrawal 28 USC 157 | G 410 Antitrust |
| G 130 Miller Act | G 315 Airplane Product Liability / 365 Personal Injury— Product Liability | G 625 Drug Related Seizure of Property 21 USC 881 | | G 430 Banks and Banking |
| G 140 Negotiable Instrument | G 320 Assault, Libel & Slander / 368 Asbestos Personal Injury Product Liability | G 630 Liquor Laws | PROPERTY RIGHTS | G 450 Commerce/ICC Rates/etc. |
| G 150 Recovery of Overpayment & Enforcement of Judgment | | G 640 R.R. & Truck | G 820 Copyrights | G 460 Deportation |
| G 151 Medicare Act | G 330 Federal Employers Liability | G 650 Airline Regs. | G 830 Patent | G 470 Racketeer Influenced and Corrupt Organizations |
| G 152 Recovery of Defaulted Student Loans (Excl. Veterans) | G 340 Marine / PERSONAL PROPERTY | G 660 Occupational Safety/Health | G 840 Trademark | G 810 Selective Service |
| G 153 Recovery of Overpayment of Veteran's Benefits | G 345 Marine Product Liability / G 370 Other Fraud | G 690 Other | | G 850 Securities/Commodities/Exchange |
| G 160 Stockholders' Suits | G 350 Motor Vehicle / 371 Truth in Lending | LABOR | SOCIAL SECURITY | G 875 Customer Challenge 12 USC 3410 |
| G 190 Other Contract | G 355 Motor Vehicle Product Liability / 380 Other Personal Property Damage | G 710 Fair Labor Standards Act | G 861 HIA (1395ff) | G 891 Agricultural Acts |
| G 195 Contract Product Liability | G 360 Other Personal Injury / 385 Property Damage Product Liability | G 720 Labor/Mgmt. Relations | G 862 Black Lung (923) | G 892 Economic Stabilization Act |
| | | G 730 Labor/Mgmt. Reporting & Disclosure Act | G 863 DIWC/DIWW (405(g)) | G 893 Environmental Matters |
| REAL PROPERTY | CIVIL RIGHTS / PRISONER PETITIONS | G 740 Railway Labor Act | G 864 SSID Title XVI | G 894 Energy Allocation Act |
| G 210 Land Condemnation | G 441 Voting / ☒ 510 Motions to Vacate Sentence | G 790 Other Labor Litigation | G 865 RSI (405(g)) | G 895 Freedom of Information Act |
| G 220 Foreclosure | G 442 Employment / Habeas Corpus: | G 791 Empl. Ret. Inc. Security Act | FEDERAL TAX SUITS | G 900 Appeal of Fee Determination Under Equal Access to Justice |
| G 230 Rent Lease & Ejectment | G 443 Housing/Accommodations / G 530 General | | G 870 Taxes (U.S. Plaintiff or Defendant) | G 950 Constitutionality of State Statutes |
| G 240 Torts to Land | G 444 Welfare / G 535 Death Penalty | | G 871 IRS—Third Party 26 USC 7609 | G 890 Other Statutory Actions |
| G 245 Tort Product Liability | G 440 Other Civil Rights / G 540 Mandamus & Other | | | |
| G 290 All Other Real Property | G 550 Civil Rights | | | |
| | G 555 Prison Condition | | | |

**V. ORIGIN** (PLACE AN "X" IN ONE BOX ONLY)
- ☒ 1 Original Proceeding
- G 2 Removed from State Court
- G 3 Remanded from Appellate Court
- G 4 Reinstated or Reopened
- G 5 Transferred from another district (specify)
- G 6 Multidistrict Litigation
- G 7 Appeal to District Judge from Magistrate Judgment

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
28 USC § 2254

FILED SEP 16
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

**VII. REQUESTED IN COMPLAINT:**
G CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ ∞
CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes  G No

**VIII. RELATED CASE(S) IF ANY** (See instructions): NONE
JUDGE _____   DOCKET NUMBER _____

DATE _____   SIGNATURE OF ATTORNEY OF RECORD _____

**FOR OFFICE USE ONLY**
RECEIPT # ___ AMOUNT ___ APPLYING IFP ___ JUDGE ___ MAG. JUDGE ___