Sept. 12, 2005

Clerk
U.S. Dist. Court.

FILED
SEP 16 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

05-683

Re: Attached Habeas Corpus §2254 Filing

Dear Clerk Ron:

Please docket the enclosed and return to me the copy marked MY COPY. Stamp and return to me.

I would ask that you time stamp in my copy of the copy marked my copy and return it to me.

In all other respects ONLY the time stamped at this time.

Sincerely yours,

xc: file

Attachment: 1 Informa Pauperis Application
1 Original 2254
1 Warden Srev. 2254
2 Attny Gen. 2254 Srev. Copies.
1 My Copy to Stamp and Return to me.

Ronald E. Proctor
1181 Paddock Rd
Smyrna, Delaware
19977-9679