IN THE SUPERIOR COURT OF THE STATE OF DELAWARE
IN AND FOR KENT COUNTY

STATE OF DELAWARE

VS.

RONALD E PROCTOR



Alias: See attached list of alias names.

DOB:      /1958
SBI: 00163750

| CASE NUMBER: | CRIMINAL ACTION NUMBER: |
|---|---|
| 9802002447 | PK98-02-0667I |
| 9802001703 | BURGLARY 3RD (F) |
| 9802006513 | LIO:BURGLARY 2ND |
|  | IK98-02-0522 |
|  | RSP >$1000(F) |
|  | K98-02-0632I |
|  | POSS BURG TOOLS(F) |

RECEIVED AND FILED
00 OCT 31 AM 9:45
KENT COUNTY PROTHONOTARY

SENTENCE ORDER

NOW THIS 26TH DAY OF OCTOBER, 2000, IT IS THE ORDER OF THE COURT THAT:

Effective October 26, 2000 the defendant is sentenced as follows:

The defendant is adjudged guilty of the offense(s) charged.
The defendant is to pay the costs of prosecution and all statutory surcharges.
The defendant is declared a habitual offender pursuant to DE 114214000AFA
Restitution is to be determined by Pre-Sentence Office .


AS TO PK98-02-0667I : TIS

The defendant is placed in the custody of the Department of Correction for 3 year(s) at supervision level 5


AS TO IK98-02-0522 : TIS

The defendant is placed in the custody of the Department of Correction for 2 year(s) at supervision level 5


  - Suspended for 2 year(s)   at supervision  level 3

30October  2000                      1                    08:00

Exhibit "A"

**AS TO  K98-02-0632I : TIS**

The defendant is placed in the custody of the Department of Correction for 2 year(s) at supervision level 5

- Suspended for 2 year(s)  at supervision  level 2

Probation is consecutive to criminal action number IK98020522

<u>SPECIAL CONDITIONS BY ORDER</u>

**STATE OF DELAWARE**
     **VS.**
**RONALD E PROCTOR**
DOB:      /1958
SBI: 00163750

                              CASE NUMBER:
                                9802006513
                                9802001703
                                9802002447


Pay financial obligations during the probationary period.

Be assigned to the work referral program.

Have no contact with Scott Clark.

Have no contact with Dale Vendrick.

Have no contact with Pam Forker.

<u>NOTES</u>
Pay full restitution for all charges.

*[signature]*

JUDGE HENRY DUPONT RIDGELY

30October  2000                    3                  08:00

FINANCIAL SUMMARY

**STATE OF DELAWARE**
    **VS.**
**RONALD E PROCTOR**
**DOB:**    1958
**SBI:** 00163750

                    CASE NUMBER:
                      9802006513
                      9802001703
                      9802002447

SENTENCE CONTINUED:

TOTAL DRUG DIVERSION FEE ORDERED

TOTAL CIVIL PENALTY ORDERED

TOTAL DRUG REHAB. TREAT. ED. ORDERED

TOTAL EXTRADITION ORDERED

TOTAL FINE AMOUNT ORDERED

FORENSIC FINE ORDERED

RESTITUTION ORDERED                       .00

SHERIFF, NCCO ORDERED

SHERIFF, KENT ORDERED                 1620.00

SHERIFF, SUSSEX ORDERED

PUBLIC DEF, FEE ORDERED              150.00

PROSECUTION FEE ORDERED              240.00

VICTIM'S COM ORDERED

VIDEOPHONE FEE ORDERED                3.00

---

TOTAL                               2,013.00

## LIST OF ALIAS NAMES

**STATE OF DELAWARE**
       **VS.**
**RONALD E PROCTOR**
**DOB:**    /1958
**SBI:** 00163750

                              CASE NUMBER:
                                9802006513
                                9802001703
                                9802002447

RONALD E PROCTOR
RONALD E PROCTOR
RONALD E PROCTOR

30October 2000                    5                    08:00