9802 0 06613

RECEIVED
AND
FILED

IN THE **Superior** COURT OF THE STATE OF DELAWARE
IN AND FOR **Kent** COUNTY            03 OCT 2 PM 12:09

IN THE MATTER OF THE PETITION OF )    C.A. No. **Kent COUNTY**
**Ronald E. Proctor Jr.**           )    Habeas **PROTHONOTARY**

03M-06-010  WLW

The State of Delaware,

You are Commanded:

To have **Ronald E. Proctor Jr.** who is allegedly detained in your custody, before the Superior Court of the State of Delaware, at the County Court House at **Dover**, Delaware immediately after the receipt of this Writ; and to abide any order which the Court shall make concerning Petitioner.

And further, to certify fully in writing under oath the true cause of said detention, and to have there a copy of all process or orders, if any, under which he is detained and also this Writ.

_____
Prothonotary

Dated: _____

To the above named Respondent:

In case of your failure to produce **Ronald E. Proctor Jr.** as above commanded, and fully certify in writing under oath the true cause of his detention, with a copy of all process or orders, if any, under which he is detained, within 3 days after service hereof upon you if the place where he is detained is not more than 20 miles from the County Court House, or within 6 days if such place is more than 20 miles, you may be adjudged to be in contempt of court.

_____
Prothonotary

B-11

EXHIBIT "D"

State of Delaware)
                 )    ss.
New Castle County)

_____, Sheriff of _____
County, deposes and says that he served personally upon
__NARDEN T. CARROLL_____ the original Writ of
Habeas Corpus of which the within is a true copy, by leaving the
original Writ with _____
_____
on _____,
19_____.

SWORN TO AND SUBSCRIBED before me, _____,
19_____.

                                        _____
                                                    Prothonotary

IN THE _Superior_ COURT OF THE STATE OF DELAWARE
IN AND FOR _Kent_ COUNTY

IN THE MATTER OF
_Ronald E. Procter Jr._ §
§   C.A. No.
§
for a writ of habeas corpus. §

MEMORANDUM IN SUPPORT OF WRIT OF HABEAS CORPUS

The above defendant submits this memorandum in support of his petition for writ of habeas corpus. Petitioner states the following in support:

1. The criminal action number in this case is _IK98-02-0667 I_.

2. Your petitioner is being unlawfully restrained of his liberty, in violation of the laws of the State of Delaware, by reason of (1) I WAS EXTRIDATED TO DELAWARE FROM FLORI. AND I WAS GIVEN A HABITUAL OFFENDER SENTENCE 11§4214 (2) UNDER 11 DEL.C § 2549 HABITUAL offender CANNOT be Applied TO ME for usage of the EXTRADIT ACT. (3) SENTENCE IS NOT Valid ON ITS FACE*.

WHEREFORE, petitioner prays the petition issue and the writ granted.

Dated Mailed: _6-8-03_

X _Ronald E. Procter Jr._
Delaware Correctional Center
Smyrna, DE  19977

Dated: _JUNE 8, 2003_

* JONES V. ANDERSON 183A.2d 171, 178 (1962); CURRAN V. WOODL 104 A.2d 771 (1954); KERR V. FINKBEINER 757 F.2d 604, 600 (4th Cir 1985); KNOX V. WYO. DEP'T of Corr., 34 F3d 964, 967 (10th Cir 1994).

B-13

SUPERIOR COURT
OF THE
STATE OF DELAWARE

June 13, 2003

WILLIAM L. WITHAM, JR.
JUDGE

KENT COUNTY COURTHOUSE
38 THE GREEN
DOVER, DELAWARE 19901
TELEPHONE (302) 739-5332

Mr. Ronald E. Proctor - SBI #00163750
Delaware Correctional Center
1181 Paddock Road
Smyrna, Delaware 19977

Re: **Ronald E. Proctor v. State of Delaware**
    **ID No. 9802006513**
    **C.A. No. 03M-06-010**

Dear Mr. Proctor:

The Court has reviewed your petition for writ of *habeas corpus* which was filed with the Prothonotary on June 12, 2003.

The extraordinary remedy of habeas corpus is not available where the commitment is regular on its face. *Jones v. Anderson,* Del. Supr., 183 A.2d 177, 178 (1962), *citing, Curran v. Woodley,* Del. Supr., 104 A.2d 771 (1954).

Currently you are being lawfully held pursuant to an Order of this Court dated October 26, 2002 and modified on March 21, 2001. Your extradition was based upon open charges and you were not deemed an habitual offender until sentencing on those charges. Wherefore, your petition for writ of *habeas corpus* is ***denied.***

**IT IS SO ORDERED.**

dmh
oc: Prothonotary
xc: Mr. Ronald E. Proctor - DCC
    Attorney General's Office
    Public Defender's Office
    DCC-Inmate Records Supervisor
    File


