September 24, 2004

Clerk
U.S. Supreme Court
1 First Street N.E.
Washington, D.C. 20543

OCT 7 2004
OFFICE OF THE CLERK
SUPREME COURT, U.S.

Note: Some pages are 2 sided, but the ones that have an X through them are used paper due to denial of access to clear paper by state actors.

Re: Application for a Rule 30 Extension of Time

Dear Clerk:

I am incarcerated in a state correctional institution. And I would request an 60 days additional time, in order to file a petition for a writ of certiorari that I would therefore show:

1.) On 6-29-04 the Delaware Supreme Court rendered an opinion to my appeal on my state court habeas corpus application. ("See Exhibit A")

2.) Thereafter a timely motion for reargument was filed and on 7-8-04 the application/motion was denied. ("See Exhibit B")

3.) On 7-15-04 the Delaware Supreme Court's mandate was issued. ("See Exhibit C")

RECEIVED
NOV 0 8 2004
Inmate Grievance Office

Exhibit "G"

4.) I've attached (Non-Certified) De Supreme Court Dockets herein. (See Exhibit D)

5.) On September 17, 2004 I was transferred from one part of the institution to another and all of my legal files, research materials, law books, and scribe materials were illegally seized by a state actor, Cpl. F. Kromka, who retaliated against me and did so knowingly aware of his actions and did so with malice and intent to disrupt and or prevent access to this Court and other Courts, in which active legal files were held as evidence in a Disciplinary Infraction Report filed solely to cause further harm and subversion of Subpoenas and Subpoena Duce Tecums issued upon Ft. L. Savage from The Superior Court in and for Kent County in CA. No. 00A-12-003-JTV-SEJ. for a hearing on October 28, 2004. (See Exhibit E)

6.) On 9-22 And 9-29 (See Exhibit F) I requested and received scribe materials after (2) requests, for materials to complete a 9-30-04 filing and abandoned this for the foregoing Rule 30 motion.

(2)

RECEIVED
NOV 0 8 2004
Inmate Grievance Office

7.) On September 22, 2004 at a Disciplinary Hearing on the evidence used in the aforesaid seizure J.J. Savage assured me I would get all my legal files etc. back. This has not been done and as of this date I have instituted stays in all Courts in which I have pending cases and filed an Emergency Petition w/ Injunction and Re-lief Application in J.P. Court #9 for items that are not returned.

I do not expect these state actors to give me all materials back that is why I've asked for 60 days in which I can obtain emergency relief from Delaware's Federal Court submissions.

Thankyou for you time in the manner herein.

Respectfully Submitted,

xc: file
cc: Attorney General, M. Jane Brady
Warden T. Carroll via E. Burris
Hon. William J. Witham Jr.
Hon. E. Scott Bradley
Hon. Mar. A. Maybee Feud
Kim Ayvazian Esq.
John R. Williams Esq.
Attachments: Exhibits ("A" through "F")

Ronald E. Proctor Jr.
#00163750 SHU/Bldg W2
1181 Paddock Rd.
Smyrna, Delaware
19977-9619

RECEIVED
NOV 0 8 2004
Inmate Grievance Office

SUPREME COURT OF THE UNITED STATES
OFFICE OF THE CLERK
WASHINGTON, DC 20543-0001

October 7, 2004

WILLIAM K. SUTER
CLERK OF THE COURT

AREA CODE 202
479-3011

Ronald E. Proctor
#163750
1181 Paddock Road
Smyrna, DE 19977-9679

RE: Ronald E. Proctor, Jr. v. Delaware

Dear Mr. Proctor:

The application for an extension of time within which to file a petition for a writ of certiorari in the above-entitled case was postmarked October 1, 2004 and received October 7, 2004. The application is returned for the following reason(s):

The application is out-of-time. The date of the lower court judgment or order denying a timely petition for rehearing was June 29, 2004. Therefore the application for an extension of time was due on or before September 27, 2004. Rules 13.1, 30.1 and 30.2. When the time to file a petition for a writ of certiorari in a civil case has expired (including any habeas action), the Court no longer has the power to review the petition or to consider an application for an extension of time to file the petition.

Sincerely,
William K. Suter, Clerk
By:
Jeffrey Atkins
(202) 479-3263

Enclosures

RECEIVED
NOV 0 8 2004
Inmate Grievance Office

#52 MK  October 25, 2004

Clerk
Jeffrey Atkins
U.S. Supreme Court
1 First St. NE.
Wash, D.C. 20543

Re: Attached

Dear Sir:

   I would assert the Mail Box Rule as 9-24-04 as the date of placing this pleading into the Inst. Mailing System as the Effective date of filing. Thus, it was filed timely. Please act accordingly.

Sincerely yours,

Ronald G. [illegible]
1181 [illegible] Rd.
Smyrna, DE
[illegible]

xc: file
cc: Attorney Generals Office

Rec Back
From Jib
Jon
11-4-04

RECEIVED
NOV 0 8 2004
Inmate Grievance Office