#857 9-13-05
Omitted
As to how Lib
Refusing to
Provide Access
to legal Requests
Materials of
how Lib
Slip of
9-9-05

Exhibit 'H' Is
Reserved And/or
Attached to the
Petition As
Memorandum of Law

Exhibit "H"