IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| RONALD E. PROCTOR, JR. | § | Nos. 383, 2003, and 385, |
| | § | 2003 (Consolidated) |
| v. | § | |
| | § | Superior Court |
| STATE OF DELAWARE | § | |
| | § | No. 383, 2003 |
| | § | Kent County |
| | § | C.A. No. 03M-06-010 |
| | § | |
| | § | No. 385, 2003 |
| | § | Sussex County |
| | § | C.A. No. 03M-06-001 |

The following docket entry has been made in the above cause.

46/44. July 15, 2004.   Records and mandate to Clerks of Court Below. Case Closed.

cc: The Honorable William L. Witham, Jr.
    The Honorable E. Scott Bradley
    Mr. Ronald E. Proctor, Jr.
    John R. Williams, Esquire

                                    Prothonotary
                                    Received Above

                                    By _____

                                    Date _____

Date: July 15, 2004

_____
Audrey F. Bacino, Assistant
Clerk of Supreme Court



Exhibit E

STATE OF DELAWARE    }
                     } ss.
KENT COUNTY          }

I, Audrey F. Bacino, Assistant Clerk of the Supreme Court of the State of Delaware, do hereby certify that the foregoing is a true and correct copy of the Order dated June 29, 2004, in *Ronald E. Proctor, Jr. v. State of Delaware,* Nos. 383, 2003, and 385, 2003, as remains on file and of record in said Court.

IN TESTIMONY WHEREOF,

I have hereunto set my hand and affixed the seal of said Court at Dover this 15th day of July A.D. 2004.

_____
Audrey F. Bacino
Assistant Clerk of Supreme Court