State of Delaware ss
County of New Castle

Affidavit of
Ronald E. Proctor
#00637150 SHU ADJG

## Statement

From 10/24/04 to 11/4/04 B. Engrem did hold my U.S. Supreme Court (R. Mino) case writ of cert. that submitted for copy service.

B. Engrem has refused to send me anything I (request) on new Jb. Request slips since 9-18-04.

I have filed grievances with Goldy, Merson; Dep. Warden E. Doois; J.T. Seaford, courts and Cys Services by J. &. JMAN and &. I-mont.

All requests have not been responded to and/or has B. Engreme stopped his acts that are documented on a daily bases.

Sworn to & subscribed before me this 7th day of November 2004.

X _____
Ronald E. Proctor

X Osman Samander
Notary Public

Exh. J-1