FORM #584

## GRIEVANCE FORM

M. LeLittle xxu/10/xx
FYI @/x/x/

Rec
11-13-0x

#025C)

FACILITY: __DCC S4U__ DATE: __10-31-04__

GRIEVANT'S NAME: __Ron Proudl__ SBI#: __173730__

CASE#: __8479__ TIME OF INCIDENT: _____

HOUSING UNIT: __19Du2__

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED IN THE INCIDENT OR ANY WITNESSES.

On 10-29-04 B.E. See attached. Only sent me some items he's not sent all items marked as NO next them. B. (Neuman) is also held my legal papers now for 35 days and no one has stopped or corrected him.

ACTION REQUESTED BY GRIEVANT:

Investigate

GRIEVANT'S SIGNATURE: _____   DATE: __10-31-04__

WAS AN INFORMAL RESOLUTION ACCEPTED?   ____(YES)   ____(NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE:_____   DATE:_____

IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.

cc: INSTITUTION FILE
    GRIEVANT

April '97 REV

RECEIVED
NOV 03 2004
Inmate Grievance Office

Exh. J-2