05-314/1   Jow Lib   8-24-05

1.) Per your Ploy Here TO C(SO) Lists
For 3rd Cir Rec. 8-23-05
Need:

RECEIVED
AUG 25 2005
SHU LAW LIBRARY

A.) I.O.P.'s; 2.2; 2.5; 7.1 TO 7.3;
9.5 Thru. 9.6.N; 10.4; 13.1 TO 13.3

B.) Loc. Rules FRAP's — 3.4; 5.1; 12.;
22 Thru 22.3; 33.6; 39.1; 104.0; 104.1;
110.0 TO 110.1; 111.3;

2.) Returning 28 USC 1946 And 28 1915
Need full format of these Laws
with Case Law's, Headnote so don't Act
Stupid and Print full Text or I
File Another Grier./Jow Suit on You

___

No Item Sent. F/M Proctor has
failed to return legal materials
signed out. (B.E) 8-29-05.   SV.ht-3

Ron Proctor
MAWS