November 30, 2005

Hon. Joseph J. Farnan, Jr.,
District Judge
U.S. District Court
844 King St. Lock Box 18
Wilmington, Delaware 19801

Re: Proctor v. Carroll et al., C.A. No. 05-683-JJF

Dear Judge Farnan:

I would present this attached as a Motion to Expand the Record in the proceedings before this Court and request an order thereof directing the State to produce before this Court, the original "Synopsis" of 11 Del.C. § 2549, House Bill 169 with HA-1 11 Del.C. § 1953 § 2549, 57 Del. Laws C. 31. The Issue before this Court is precedent upon the legislative intent of the law.

Thank you for your time in the manner herein.

Sincerely yours,

x [signature]

*Ex parte application for issuance of a in-camera subpoena duce tecum.

xc: file
cc: Lisa Barchi, Esq.
    Stephen Hampton, Esq.

Attachments: 1 copy of Mandamus filing*

Ronald E. Proctor, Jr
#163750
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

RECEIVED
DEC 2 2005