SUPERIOR COURT CIVIL CASE INFORMATION STATEMENT (CIS)

COUNTY: NEW CASTLE [X] KENT [ ] SUSSEX [ ]

Civil Action Number: ______

Civil Case Code: MMAN

Civil Case Type: Mandamus

(SEE PAGE TWO FOR CIVIL CASE CODE & CIVIL CASE TYPE)

Caption: Ronald E. Proctor Jr., Plaintiff -Vs- M. Jane Brady Attorney General; W. Michael Tupman Deputy Attorney General. Respondents.

Name and Status of Party filing document: Ronald E. Proctor Jr. Plaintiff

Document Type: (e.g., COMPLAINT; ANSWER WITH COUNTERCLAIM) Petition for Writ of Mandamus

Non-Arbitration [X] eFile [ ]

(CERTIFICATE OF VALUE MAY BE REQUIRED)

Arbitration [ ] Mediation [ ] Neutral Assessment [ ]

DEFENDANT (CHECK ONE) ACCEPT [ ] REJECT [ ]

JURY DEMAND YES [ ] NO [X]

TRACK ASSIGNMENT REQUESTED (CHECK ONE)

EXPEDITED [X] * STANDARD [ ] COMPLEX [ ]

ATTORNEY NAME(S):

ATTORNEY ID(S): Pro Se.

FIRM NAME:

ADDRESS:

TELEPHONE NUMBER:

FAX NUMBER:

E-MAIL ADDRESS:

IDENTIFY ANY RELATED CASES NOW PENDING IN THE SUPERIOR COURT BY CAPTION AND CIVIL ACTION NUMBER INCLUDING JUDGE'S INITIALS

None.

EXPLAIN THE RELATIONSHIP(S):

N/A

OTHER UNUSUAL ISSUES THAT AFFECT CASE MANAGEMENT:

* See Attached Exhibit A-1 Thru A-3 28 USC §2254 Proceedings Pending And Not Yet Stayed For Resolvement of This Mandamus.

(IF ADDITIONAL SPACE IS NEEDED, PLEASE ATTACH PAGE.)

THE PROTHONOTARY WILL NOT PROCESS THE COMPLAINT, ANSWER, OR FIRST RESPONSIVE PLEADING IN THIS MATTER FOR SERVICE UNTIL THE CASE INFORMATION STATEMENT (CIS) IS FILED. THE FAILURE TO FILE THE CIS AND HAVE THE PLEADING PROCESSED FOR SERVICE MAY RESULT IN THE DISMISSAL OF THE COMPLAINT OR MAY RESULT IN THE ANSWER OR FIRST RESPONSIVE PLEADING BEING STRICKEN.

*xc: U.S. Dist. Court D. Del C.A. No. 05-683 JJF*

## Utility Events

1:05-cv-00683-UNA Proctor v. Carroll et al

9-29-05

**U.S. District Court**

**District of Delaware**

Notice of Electronic Filing

The following transaction was received from rjb, entered on 9/28/2005 at 3:24 PM EDT and filed on 9/28/2005

**Case Name:** Proctor v. Carroll et al

**Case Number:** 1:05-cv-683

**Filer:**

**Document Number:**

**Docket Text:**
Case assigned to Judge Joseph J. Farnan, Jr. Please include the initials of the Judge (JJF) after the case number on all documents filed. (rjb, )

The following document(s) are associated with this transaction:

**1:05-cv-683 Notice will be electronically mailed to:**

**1:05-cv-683 Notice will be delivered by other means to:**

Ronald E. Proctor, Jr
#163750
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

Exh. A-1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

RONALD E. PROCTOR, JR., )
Petitioner, )
v. ) Civil Action No. 05-683-JJF
THOMAS L. CARROLL, Warden, )
Respondent. )

O R D E R

WHEREAS, you have filed a form petition for federal habeas corpus relief pursuant to 28 U.S.C. § 2254 and requested leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915; and

WHEREAS, based on the information in your affidavit, your request to proceed *in forma pauperis* is granted; and

WHEREAS, the Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA"), 28 U.S.C. § 2244, effectively precludes petitioners from filing a second or subsequent habeas petition except in the most unusual of circumstances; and

WHEREAS, the United States Court of Appeals for the Third Circuit has mandated that, before ruling on the merits of your petition, you must be given notice that the AEDPA applies to your pending petition, *see United States v. Miller*, 197 F.3d 644

Exh A-2

(3d Cir. 1999) and Mason v. Meyers, 208 F.3d 414 (3d Cir. 2000).

NOW, THEREFORE, IT IS ORDERED this 11 day of October, 2005, that, on or before [illegible], you must file with the Court, the attached election form. Failure to timely return the completed election form will result in the Court's ruling on your pending petition as filed.

[signature]
United States District Judge



Exh A-3

IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

IN AND FOR NEW CASTLE COUNTY

PRAECIPE

Ronald E. Proctor Jr.
Plaintiff

vs. ) Civil Action No. ____________

M. Jane Brady Delaware
Attny General et al. M. Michael Tupman Dep.
Attny Gen. D.O.J. Defendant

Please issue Process of Writ of Mandamus

M. Jane Brady
Delaware Attorney General
820 N. French St.
Wilmington Delaware
19801

X [signature] Jr.

Plaintiff Ronald E. Proctor Jr

Address 1181 Paddock Rd

Smyrna Delaware 19977-9613

Phone N/A

TO: Prothonotary

IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

IN AND FOR New Castle COUNTY

Ronald E. Proctor Jr.,
Plaintiff,

V.

C. A. No. ____________

M. Jane Brady Delaware Attorney General, Respondent.

SUMMONS

THE STATE OF DELAWARE,
TO THE SHERIFF OF New Castle COUNTY:
YOU ARE COMMANDED:

To summon the above named defendant so that, within 20 days of service hereof upon defendant, exclusive of the day of service, defendant shall serve upon, Ronald E. Proctor Jr. Pro Se plaintiff's attorney, whose address is 1181 Paddock Rd Smyrna, DE 19977-9507, an answer to the complaint (and, if an affidavit of demand has been filed, an affidavit of defense).

To serve upon defendant a copy hereof and of the complaint (and of the affidavit of demand if any has been filed by plaintiff).

______________________
(Name Of Court Prothonotary)

Dated: ______________

______________________
(Per Deputy)

**TO THE ABOVE NAMED DEFENDANT:**

In case of your failure, within 20 days after service hereof upon you, exclusive of the day of service, to serve on plaintiff's attorney named above an answer to the complaint (and, if an affidavit of demand has been filed, an affidavit of defense), judgment by default will be rendered against you for the relief demanded in the complaint (or in the affidavit of demand, if any).

______________________
(Name of Court Prothonotary)

______________________
(Per Deputy)

# IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

# IN AND FOR NEW CASTLE COUNTY

PRAECIPE

Ronald E. Procopio Jr.
Plaintiff,

vs. ) Civil Action No. ____________________

M. Jane Brady (Delaware) Attny Gen. M. Michael Tupman, Deputy Attorney General.
Respondent.

Please issue Process of Writ of Mandamus

M. Michael Tupman
Deputy Attorney General
820 N. French St.
Wilmington, Delaware
19801

[signature]

Plaintiff Ronald E. Procopio Jr.

Address 1181 Paddock Rd.
Smyrna, Delaware 19977-[illegible]

Phone N/A

TO: Prothonotary

IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

IN AND FOR New Castle COUNTY

Ronald E. Proctor Jr.,
Plaintiff,

v.

C. A. No. ______________

W. Michael Tupman Deputy, Attorney General, Respondent.

SUMMONS

THE STATE OF DELAWARE,
TO THE SHERIFF OF New Castle COUNTY:
YOU ARE COMMANDED:

To summon the above named defendant so that, within 20 days of service hereof upon defendant, exclusive of the day of service, defendant shall serve upon, Ronald E. Proctor Jr. Pro-se plaintiff's attorney, whose address is 1181 Paddock Rd Smyrna, DE 19977-9613, an answer to the complaint (and, if an affidavit of demand has been filed, an affidavit of defense).

To serve upon defendant a copy hereof and of the complaint (and of the affidavit of demand if any has been filed by plaintiff).

______________________
(Name Of Court Prothonotary)

Dated: ______________

______________________
(Per Deputy)

TO THE ABOVE NAMED DEFENDANT:

In case of your failure, within 20 days after service hereof upon you, exclusive of the day of service, to serve on plaintiff's attorney named above an answer to the complaint (and, if an affidavit of demand has been filed, an affidavit of defense), judgment by default will be rendered against you for the relief demanded in the complaint (or in the affidavit of demand, if any).

______________________
(Name of Court Prothonotary)

______________________
(Per Deputy)

IN THE SUPERIOR COURT OF THE STATE OF DELAWARE
IN AND FOR NEW CASTLE COUNTY

RONALD E. PROCTOR JR.
PLAINTIFF

V.

M. JANE BRADY.
DEFENDANT.

CIVIL ACTION NO. ______

AFFIDAVIT OF RONALD E. PROCTOR JR. PLAINTIFF BELOW

CERTIFICATIONS 10 DEL.C. § 8803(e)

STATE OF DELAWARE
COUNTY OF NEW CASTLE SS.

I RONALD E. PROCTOR JR. do hereby Certify The Follow Pursuant To 10 Del.C. § 8801-8805

1.) The Claims herein Are Not Nor have Been Litigated or disposed of Before Any Court

2.) The Facts And Circumstances Are True And Correct.

3.) The Affiant has made A diligent And good Faith effort To determine what Relevant Case law Controls The legal Issues Raised.

4.) The Affiant has No Reason To believe The Claims Are Precluded by Controlled law.

5.) The Affiant understands That The

STATE of DELAWARE
County of New Castle SS.

CONT, V5)

Affidavit is made under Penalty of Perjury.

Wherefore Plaintiff Ronald E. Procter Jr. Would move That The Certifications of Issues are Complete, in order To Proceed Pursuant To 10 Del C. § 8801 Thru 8805.

Sworn To and Subscribed Before me This 12th day of October 2005.

x [signature]

Ronald E. Procter Jr.
Plaintiff - Prose

x [signature]

Notary Public

IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

IN AND FOR NEW CASTLE COUNTY

Ronald E. Proctor Jr.
Plaintiff

V.

M. Jane Brady, Et Al,
W. Michael Tupman Esq,
Department of Justice
of The State of Delaware

C. A. No. ____________

## NOTICE OF MOTION

PLEASE TAKE NOTICE, that the enclosed Motion for Writ of Mandamus will be presented to this Honorable Court at the earliest possible convenience.

November, 2005
DATE

X [signature]
Ronald E. Proctor Jr.
S.B.I. 00163750 17 AUS
Delaware Correctional Center
1181 Paddock Road
Smyrna, Delaware 19977

IN THE SUPERIOR COURT OF THE STATE OF DELAWARE
IN AND FOR NEW CASTLE COUNTY

RONALD E. PROCTOR, JR.,
Plaintiff

V.

Civil Action No. ________

M. JANE BRADY DELAWARE ATTORNEY GENERAL, M. MICHAEL TUPMAN DEPUTY ATTORNEY GENERAL DELAWARE DEPARTMENT OF JUSTICE. Respondents/

PETITION FOR WRIT OF MANDAMUS

COME NOW PLAINTIFF RONALD E. PROCTOR, JR. PROSE IN THE ABOVE STYLED CAUSE PURSUANT TO 10 DEL. C. § 564 AND 29 DEL. C. § 10005 (e) FOR ISSUANCE OF A WRIT OF MANDAMUS UPON RESPONDENTS TO PREFORM A DUTY TO PLAINTIFF THAT WOULD THEREFORE SHOW:

1.) ON SEPTEMBER 3 AND MAILED ON SEPTEMBER 7, 2005* PLAINTIFF (HEREINAFTER

---

*(SEE EXHIBITS B-1-2)

PROCTOR) PETITIONED THE ATTORNEY GENERAL PURSUANT TO 29 DEL.C. §10005(e) TO DETERMINE AND ENFORCE-MENT PROCEEDINGS AS TO PREVIOUS FREEDOM OF INF-ORMATION PROCTOR HAD MAILED TO THE DELAWARE STATE ARCHIVES.

2.) SINCE FEBRUARY 28, 2002 (EXHIBIT C-1) PROCTOR HAS REQUESTED FROM THE DELAWARE DIVISION OF RESEARCH COUNSEL AND THE DELAWARE STATE ARCHIVES (EXHIBITS D-1 THRU D-5) FREEDOM OF INFOR-MATION ACT REQUESTS FOR ORIGINAL "SYNOPSIS" OF 11 DELAWARE CODE §2549 (BILL 125TH GENERAL ASSEMBLY H.BILL 169 WITH HA-1' 11 DEL.C. 1953 § 2549; 57 DEL. LAWS, C. 31.

3.) FROM MARCH 25, 2004 PROCTOR EXCHANGED NUMERIOUS F.O.I.A* REQUESTS WITH DELAWARE STATE ARCHIVES DIRECTOR(S) RUSSELL MCCABE AND TIMOTY SALVIN (EXHIBITS E-1 THRU E-3) WHO KEPT EACH MAILING PROCTOR SENT

---

*29 Del. C. §10001-10005

And Then Refused To Advance or Return + Reply Thereto and on March 22, 2005 And Again on March 29, 2005 (Exhibits F-1-2) Notified The Delaware Attorney General M. Jane Brady Whereas 'No' Replies Were Received or Provided Even After Proctors Mother Spoke With The Deputy Attorney General W. Micael Tupman And Notified him As Being The Delaware Attorney General Designee in All Freedom of Information Act Issues. ()

4.) Since Proctor has not obtained Relief Pursuant To 29 Del. C. § 10005(e) Provisional Petition for Enforcement, Proctor has Timely filed A 28 U.S.C. § 2254 Federal Habeas Corpus, based on underlying "Synopsis" of 11 Del. C. § 2549 Bill That would Render Proctors, Illegally Imposed, Criminal Conviction Null And Void ()

Wherefore For The Foregoing Reasons Herein Plaintiff Would Move This Honorable

Court for a Show Cause order Compelling Respondents to provide by Statute Petitioner's Right to Enforcement Proceedings in obtaining the original Synopsis of 11 Del. C. §2549 for which Petitioner is entitled to by the expressed provisions of 29 Del. C. § 10003(A) upon the State Archives to produce Petitioner's Freedom of Information Act Requests that have been periodically denied now for three years.

Dated: November 7, 2005

Respectfully Submitted

x [signature]

Ronald E. Proctor Jr. Pro se
1181 Paddock Rd. 17445 00165[illegible]
Smyrna, Delaware 19977-9[illegible]

9-3-05

Date: 9-3-05 Remails

Pay-To: Dept. of Trea. Amount $ 60 for 9-4

The Sum of : and Cents

Address to whom sent:

W. Michael Toffman SBI # 163750

Dept Atty Gen Log # 09028

820 N. French St Check #

Wilm De 19801 Date of Ck

Form #34 (rev 5.03)

Rem'l Ri: Foia -

6

ExL B-1

# Outgoing Legal/Certified Mail Log

Date 9-7-05 Prepared By: ME [illegible] Unit SHU

| Name | SBI # | Destination of Mail | Legal | Cert | Comments |
|---|---|---|---|---|---|
| [illegible] | [illegible] | [illegible] | | | |
| " | " | [illegible] | | | |
| [illegible] | [illegible] | [illegible] | | | |
| [illegible] | [illegible] | [illegible] | | | |
| [illegible] | [illegible] | [illegible] | | | |
| [illegible] | [illegible] | [illegible] | | | |
| RONALD PROCTOR | 163 750 | DAG Wilm | | | |
| [illegible] | [illegible] | [illegible] | | | |
| [illegible] | [illegible] | [illegible] | | | |
| [illegible] | [illegible] | [illegible] | | | |
| [illegible] | [illegible] | [illegible] | | | |
| [illegible] | [illegible] | [illegible] | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

FORM # 291

Exh B-2

February 28, 2002

NO SYNOPSIS AVAILABLE TOO OLD

~~[illegible]~~
Public Information Clerk
State of Delaware
Legislative Counsel
Legislative Hall
Dover, Delaware 19903.

Re: Request for Copies of original Bill

Dear ~~[illegible]~~

I am a Paralegal and I need, as enclosed, (Example*) the original 11 Del. C. § 3901 Bill with "Synopsis" and HB 82549. The purpose of my request is directed towards the legislative intent of the law as applied to current standards of application in a Supreme Court Case. I've just received a continuance upon because I wrote for this a couple of months ago as a F.O.I.A. Act 29 § 10001 Provisional Request.

I would hope that you could pull upon the original law, send a copy of original Bill and Amendments.

Sincerely yours,

x K. R.

Ron Proctor Paraleg[al]
1181 Paddock Rd
Smyrna, DE 1997[7]

XC: File 7 2002 Supp. file
Civil Et Al.

Attachment 1

Exh C-1

* The enclosed example I received last year on another case on Bounty Hunters. R-

Note: [illegible]

7-10-03

Rec. Back 7-11

Available in Prison Library

JUNE 25, 2003

Director
Delaware Division of Research
Legislative Counsel
P.O. Box 1401
Legislative Hall
Dover, Delaware 19903

Re: 29 Del C. § 10001-10005 Freedom of Information Act Request

We are research for Legislators NOT INMATES

Dear Director:

I AM A Paralegal AT A State Correctional Institution And I AM Currently involved in A Certif-ication Issue. Someone did Another F.O.I.A. for ME in Dec/2002 Recieved JAN/2003 (See Attached*) I would Ask of You, Again To obtain Information As to the Synopsis of Another Law 11 Del. C. § 2549** Please Send Each Amendments, To This Law. And As "A Must" on M[illegible]

A-27

*Please Return These W/ Reply Thank you. I AM ONLY Sending Them As Evid. of Prior F.O.I.A. Sub[illegible]

Certificate of Certification, I need the original Verifiable Version of the Law (1st Bill.)

I would urge that you could also, expedite this request, same day recieved based the Supreme Courts Issuance of a 10 day Rule under 10 Del. C. §8801 thru 8805 Provisions, I expect to recieve the order in the next 2 days. I will forward same to you as an addendum to this, F.O.I.A. Request, unless I recieve, your reply, first thereto.

I would also ask that if the Records are archived or within another components control, that this request be forwarded to the correct Division.

I made precedent case law on the other submission your office assisted me in the attached 11 Del. C. §3901(d)., F.O.I.A. Request and I would like to thank you and your staff in advanced of this request.

Sincerely Yours

x

Ronald E. Proctor Jr
1181 Paddock Rd
Smyrna, Delaware
19977

xc: file
Attachment: Previous F.O.I.A. Request (2.)

DIVISION OF RESEARCH
LEGISLATIVE COUNCIL
P.O. BOX 1401 - LEGISLATIVE HALL
DOVER, DELAWARE 19903
01 08 001

MAILED 197802/18/04 PRESRT 1ST CL

Official Business
Penalty for Private Use $300

1004(E)

PRESORTED FIRST CLASS

U.S. POSTAGE $0.503

19 DUB

Ron Proctor
DCC 1181 Paddock Rd.
Smyrna, De 19977

Rec'd 2-24-04

SNGLP
19977+9679 03

We do not have copies of legislation prior to 1973. You will have to request copies from Archives
pd

Exh D-2

section in the State of Delaware the Commissioner of the Department of Corrections of the State of Delaware is hereby so designated.

§ 2547. Effect of agreement; repeal; preservation of rights

This agreement shall enter into full force and effect as to a party state when such state has enacted the same into law. A state party to this agreement may withdraw herefrom by enacting a statute repealing the same. However, the withdrawal of any state shall not affect the status of any proceedings already initiated by inmates or by state officers at the time such withdrawal takes effect, nor shall it affect their rights in respect thereof.

§ 2548. Construction; severability

This agreement shall be liberally construed so as to effectuate its purposes. The provisions of this agreement shall be severable and if any phrase, clause, sentence or provision of this agreement is declared to be contrary to the constitution of any party state or of the United States or the applicability thereof to any government, agency, person or circumstance is held invalid, the validity of the remainder of this agreement and the applicability thereof to any government, agency, person or circumstance shall not be affected thereby. If this agreement shall be held contrary to the constitution of any state party hereto, the agreement shall remain in full force and effect as to the remaining states and in full force and effect as to the state affected as to all severable matters.

§ 2549. Habitual offenders law; application

Nothing in this act or in the Agreement on Detainers shall be construed to require the application of the habitual offenders law to any person on account of any conviction had in a proceeding brought to final disposition by reason of the use of said agreement.

§ 2550. Power of Commissioner of Corrections; transfer of inmate

It shall be lawful and mandatory upon the Commissioner of Corrections or other official in charge of a penal or correctional

institution in this st[...] thereof whenever so r[...] on Detainers.

Section 2. All [...] employees of this sta[...] directed to enforce th[...] with one another an[...] agreement and effect[...]

Section 3. Copi[...] transmitted to the go[...] and the administrato[...] and the Council of St[...]

Section 4. This [...] Governor.

Approved July 8, [...]

(2040(D))

I AM looking for the original synopsis of this law 11 Del. C 254[...]

EXHIBIT-3





Delaware River and Bay, declaring activites in violation of the moratorium to be public nuisances and providing criminal penalties for violations of the moratorium, HB 787

Delaware City—
To reincorporate Delaware City, HB 319

Del. Tech—
An Act to change the name of the "Delaware Institute of Technology" to "Delaware Technical and Community College", HB 5

Detainers—
Relating to a uniform agreement concerning detainers, HB 169 with HA 1

Dewey Beach—
To incorporate the Town of Dewey Beach, HB 329

Dogs—
An Act to amend Section 704, of, Title 7, Delaware Code, relating to the use of dogs for hunting deer in Sussex County, HB 12
Relating to dog license and kennel license fees, HB 17
An act to deny a dog or kennel license to any person convicted of cruelty to dogs, HB 260 with HA 1
An Act relating to the inspection of dog kennels, HB 263 with HA 1
An act to amend Title 7, Chapter 17, Delaware Code, relating to impounding and disposition of dogs running at large, HB 681
An act to amend Section 1701, Chapter 17, Title 7, Delaware Code, relating to dog licenses, by exempting owners of seeing-eye dogs and dogs which previously served in the Armed Forces from payment of the license tax, HB 698

Driver Education—
An Act to amend Title 14, Delaware Code, Section 1321, relating to the employment of driver education teachers, HB 632

Drugs—
Relating to sale, possession or use of dangerous drugs and penalties for violation, HB 69
Relating to manufacturer, sale and use of certain drugs, HB 202

Pertaining to narcotic...
An Act to amend ... pertaining to cri... manufacture, ... dangerous drugs ... violations, HB 457
Pertaining to criminal ... narcotic drugs a... penalties for such
An Act to amend ... pertaining to the ... narcotic drugs a... penalties for violat...
An Act to amend ... relating to the use, ... sell and prepare ... prescribing penalties
An Act to amend T... relating to reports ... firearms and the use
An act to amend Titl... offenses for sale, po... dangerous drugs ... violations, HB 780
An act to amend Ti... chapter to be desi... arrest and dispositio... addicted to narcot... places, HB 741
An act to amend Title ... to driving a motor ... intoxicating liquor o...
An act to amend Title ... evidence of posses... creating a rebuttabl... intent to sell, HB 86...

Education—
Relating to the plan... Advancement Act, ...
Relating to addition... Educational Advan...
Relating to Education...
An Act to establish an ... Education, HB 107 ...
An Act to amend Title ... for the establishmen...

1925 G-A
1968
ARCHIVES MUST PULL THE BILL FOR SYNOPSIS
B-4

EXH D4

2-20-0

#984

04-188

FORM # 34 DATE: 2-29-04

PAY TO: Div of Treasury AMOUNT: $ 379

THE SUM OF: & CENTS

(PLEASE CHARGE TO MY ACCOUNT)

ADDRESS TO WHOM SENT:

Legislative Hall SBI#: 163750

Division of Legal Research (SIGNATURE)

PO Box 1401

Dover, DE 19903 (WITNESS: OFFICER IN CHARGE)

Exh D-5

04-232

FORM # 34

DATE: 3-25-04

PAY TO: Dept of Trea

AMOUNT: $ 60¢

THE SUM OF:

& CENTS

(PLEASE CHARGE TO MY ACCOUNT)

ADDRESS TO WHOM SENT:

Russell McCabe Esq. SBI#: 163750

Delaware Public Archives

121 Duke of York St.

Dover, DE 19901

(SIGNATURE)

(WITNESS/ OFFICER IN CHARGE)

(WITNESS/ OFFICER IN CHARGE)

Exh E-1

1-12-05

#34

1-1162

DATE: 1-12-05 19

PAY TO: [illegible] REA.

AMOUNT: $ 37

THE SUM OF:

& CENTS

(PLEASE CHARGE TO MY ACCOUNT)

ADDRESS TO WHOM SENT:

Timothy Saliness SBI#: 163750

121 Duke of York St.

DE St. Public Archives

Dover, DE 19901

(SI

(WITNESS: OFFICER IN CHARGE)

Exh E-2

3-29-05

Date: 3-29-05

Pay-To: Dept. of Just. Amount: $ 379

The Sum of : and Cents 10

Address to whom sent: Judy Galvin Esq. SBI# 163150

Dept. Archives Log #

121 Duke of York Check #

Dover, DE Date of Ck

19901

OIC Signature

Lieutenant Signature if Over $100.00

Shift Commander Signature if Over $1000.00

Form #34 (rev 5/03)

Exh E-3

3-22-05
3-29-05

Date: 3-22-05

Pay-To: Prop. of Trea. Amount: $ 379

The Sum of : and Cents

Address to whom sent: M. Jane Brady
820 N. French
Wilm. De
19801

SBI# 163750

Log #

Check #

Date of Ck

OIC Signature

Lieutenant Signature if Over $100.00

Shift Commander Signature if Over $1000.00

Form #34 (rev 5/03)

Date: 3-29-05

Pay-To: Prop. of Trea. Amount: $ 379

The Sum of : and Cents

Address to whom sent: M. Jane Brady
820 N. French
Wilm. De

SBI# 163750

Log #

Check #

Inm

OIC Signature

Exh. C-7