IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF DELAWARE

Ronald E. Proctor, Jr.,
Petitioner,

v.                                                Civil Action No. 05-683-JJF

Thomas J. Carroll,
Warden, Respondent.

FILED
JAN 20 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

## Motion for Voluntary Dismissal

Comes now Petitioner Ronald E. Proctor Jr Pro Se in the above styled cause pursuant to Federal Rules Civil Procedures Rule 41(A)(1)(i) Dismissal of the action based on the foregoing reasons:

1.) On 12-28-05 the Court ordered service upon Respondent and within 45 days thereof the Respondent is to file a response to the Petition.

2.) Petitioners sentence expires on: February 17, 2006.* Thus the Relief Requested cannot be accomplished by 2-17-06 and the action would no longer be available to Petitioner.

Wherefore Petitioner would move the Court to dismiss** the above action.

Dated: 1-13-06

Respectfully Submitted

x _____
Ronald E. Proctor Jr
1181 Paddock Rd
Smyrna, DE 19977

*See Exhibit 'A'
**The Court can dismiss complaint since no answer has been filed by Respondent.

## Certificate of Service

I, __Ronald E. Proctor Jr.__, hereby certify that I have served a true and correct cop(ies) of the attached: __Dismissal__ _____ upon the following parties/person (s):

TO: __Carl Jansberg, Esq.__
__Atty Gen of DE__
__820 N. French St__
__11th Floor__
__Wilm, DE 19801__

TO: _____

TO: _____

TO: _____

**BY PLACING SAME IN A SEALED ENVELOPE** and depositing same in the United States Mail at the Delaware Correctional Center, Smyrna, DE 19977.

On this __13__ day of __January__ 200__6__

X __Ronald E. Proctor Jr.__

Envelope scan:

Return address:
I/M Ron Foster
SBI# 163xxx / 1246.5
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Postage: Pitney Bowes $00.390 JAN 19 2006, mailed from ZIP code 19977

Marked: "Legal Mail"

Addressee:
Clerk
US Dist Court
844 King St Lock Box 18
Wilm., De 19801