## Offender Status Sheet

Date: 09/09/2005

| SBI #: | 00163750 | Name: RONALD E PROCTOR | | |
|---|---|---|---|---|
| Location(s): | DCC | Level(s): 5 | Race: WHITE | DOB: 09/05/1958 |
| AKA: | RONALD E PROCTOR; RONALD E PROCTOR | | | |
| Offender Type: | Sentenced | | Officer(s): | |

### Level: 5

Start Date: 01/09/1998  MED: 01/07/2007  STRD: 02/17/2006  ADJ: 02/17/2006  PED:  Statutory Days Earned: 324.00

| CASE#/ Court/ Type | CRA#/ Judge | Charge Desc/ Sen. Type/ Sentence Date | Status/ Eff. Date | Y | M | D | Start Dt | MED | STRD | Adj Date | CR Wk |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 9809013934 U9 | IS98110579W Richard F Stokes | RECK END 1ST STANDARD 09/08/2000 | Current 05/05/2000 | 6 | 0 | 0 | 01/09/1998 | 01/08/2004 | 06/06/2003 | 06/06/2003 | |
| 9802006513 U8 | K98020667IN Henry Dupont Ridgely | BURGLARY 3RD STANDARD 10/26/2000 | Current 01/08/2004 | 3 | 0 | 0 | 01/08/2004 | 01/07/2007 | 02/17/2006 | 02/17/2006 | |

**Special Conditions:**

| CRA# | Level | Code | Condition Description | Condition Comments |
|---|---|---|---|---|
| IS98110579W | 5 | CRT1 | Other Conditions: | AS TO 98-11-0579; SENTENCED TO 6 YEARS LEVEL 5. DECLARED AN HABITUAL OFFENDER PURSUANT TO 11.DEL.C.4214(A). <br><br>MODIFIED ON 11/02/01 REGARDING TIME PREVIOUSLY SERVED. MODIFIED AGAIN ON 03/08/02 REGARDING ADDITIONAL TIME PREVIOUSLY SERVED. AFTER ALL MODIFICATIONS TOTAL CREDIT FOR TIME PREVIOUSLY SERVED FOR THE CHARGE IS 847 DAYS. SERVED FROM 01/19/00 - 05/05/00 ON 9806013434 AND 9806000748, HENCE THIS SENTENCE IS EFFECTIVE 05/05/00. AFTER GIVING CREDIT FOR TIME PREVIOUSLY SERVED (05/05/00 LESS 847 DAYS), THIS SENTENCE IS EFFECTIVE 01/09/98. |
| K98020667IN | 5 | CRT1 | Other Conditions: | ASS TO 98-02-0667; SENTENCED TO 3 YEARS LEVEL 5. |

Exhibit 'A'