January 13, 2006

Clerk
U.S. District Court
844 King Street
Lock Box 18
Wilmington, Delaware 19801

05-683

Re: Attached Motion and Request for
    Order of Dismissal

Dear Clerk:

Please forward this motion to Judge as I need an entry of dismissal entered by 1-20-06. Please tag this an emer. motion to be reviewed by the Judge J.J.F. before 1-20-06 otherwise it will not be within this jurisdiction after 1-20-06.

FILED
JAN 20 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Thank you for your prompt attention!

xc: file
Attachments 1 motion w/ Exh. "A"

Sincerely yours,

Ronald E. Procter Jr.
1181 Paddock Rd
Smyrna, Delaware
PPM-