IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

RONALD PROCTOR, JR.,                :
                                    :
        Petitioner,                 :
                                    :
v.                                  :   Civil Action No. 05-683-JJF
                                    :
THOMAS CARROLL,                     :
Warden, et. al.,                    :
                                    :
        Respondents.                :

### ORDER OF DISMISSAL

At Wilmington this 31 day of January, 2006;

IT IS ORDERED that:

Petitioner Ronald Proctor's Motion for Voluntary Dismissal of his § 2254 petition is **GRANTED**, and the above-captioned matter is **DISMISSED** without prejudice. (D.I. 12.) Respondents have not yet served an Answer. Fed. R. Civ. P. 41(a)(1); see Hilton v. Braunskill, 481 U.S. 770, 776 n.5 (1985)(Federal Rules of Civil Procedure may be applied to habeas corpus petitions filed pursuant to 28 U.S.C. § 2254 as long as the Rules are not inconsistent with the Rules Governing Habeas Corpus Cases Under § 2254). The Clerk is directed to close the case and terminate all pending motions.

_____
UNITED STATES DISTRICT JUDGE