CLOSED, HABEAS, PaperDocuments

# U.S. District Court
## District of Delaware (Wilmington)
### CIVIL DOCKET FOR CASE #: 1:05-cv-00683-JJF
### Internal Use Only

Proctor v. Carroll et al
Assigned to: Honorable Joseph J. Farnan, Jr.
 Related Case: 1:06-cv-00418-JJF
Cause: 28:2254 Petition for Writ of Habeas Corpus (State)

Date Filed: 09/16/2005
Jury Demand: Plaintiff
Nature of Suit: 530 Habeas Corpus (General)
Jurisdiction: Federal Question

**Petitioner**

**Ronald E. Proctor, Jr.**            represented by   **Ronald E. Proctor, Jr.**
#163750
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977
PRO SE

V.

**Respondent**

**Warden Thomas J. Carroll**

**Respondent**

**Attorney General M. Jane Brady**

| Date Filed | # | Docket Text |
|---|---|---|
| 09/16/2005 | 1 | MOTION for Leave to Proceed in forma pauperis - filed by Ronald E. Proctor, Jr. (Attachments: # 1 Financial Statement)(dab, ) (Entered: 09/23/2005) |
| 09/16/2005 | 2 | PETITION for Writ of Habeas Corpus - filed by Ronald E. Proctor, Jr. (Attachments: # 1 Exhibit A (SEALED)# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E# 6 Exhibit F# 7 Exhibit G# 8 Exhibit H# 9 Exhibit I# 10 Exhibit J# 11 Exhibit J 1# 12 Exhibit J 2# 13 Exhibit J 3# 14 Civil Cover Sheet)(dab, ) (Entered: 09/23/2005) |
| 09/16/2005 | 3 | Letter to Clerk of the Court from Ronald E. Proctor, Jr. regarding clocked copies of Petition re 2 Petition for Writ of Habeas Corpus,. (dab, ) (Entered: 09/23/2005) |
| 09/16/2005 | 4 | REDACTED VERSION of 2 Petition for Writ of Habeas Corpus, by Ronald E. Proctor, Jr. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E# 6 Exhibit F# 7 Exhibit G# 8 |

| | | |
|---|---|---|
| | | Exhibit H# 9 Exhibit I# 10 Exhibit J# 11 Exhibit J 1# 12 Exhibit J 2# 13 Exhibit J 3)(dab, ) (Entered: 09/23/2005) |
| 09/28/2005 | | Case assigned to Judge Joseph J. Farnan, Jr. Please include the initials of the Judge (JJF) after the case number on all documents filed. (rjb, ) (Entered: 09/28/2005) |
| 10/11/2005 | 5 | ORDER, granting request to proceed informa pauperis and notifying petitioner that AEDPA applies to petition. Petitioner must file attached election form with the court. (Copy to pet. with Mag. Consent Form & AEDPA Form) Notice of Compliance deadline set for 11/29/2005. Signed by Judge Joseph J. Farnan, Jr. on 10/11/05. (Attachments: # 1 AEDPA form)(afb, ) (Entered: 10/18/2005) |
| 11/07/2005 | 6 | AEDPA Election Form filed by petitioner and requesting to rule on 2254 as currently pending. (afb, ) (Entered: 11/08/2005) |
| 12/02/2005 | 7 | LETTER MOTION To Expand The Record And Request An Order Directing The State To Produce Before This Court, The Original "Synopsis". - filed by Ronald E. Proctor, Jr. (Attachments: # 1 attachment# 2 envelope)(afb, ) (Entered: 12/06/2005) |
| 12/28/2005 | 8 | ORDER, Clerk shall serve by certified mail a copy of the petition, the order dated 10/11/2005,the AEDPA election form and this order upon the Warden and the Attorney General. Within 45 days of receipt, respondents shall respond as directed. (Copy to petitioner, Warden & AG). Signed by Judge Joseph J. Farnan, Jr. on 12/28/2005. (dlk ) Modified on 12/28/2005 (dlk, ). (Entered: 12/28/2005) |
| 01/05/2006 | | Remark: copies of petition and brief (D.I. 4), order dated 10/11/05 (D.I. 5), AEDPA form (D.I. 6), and order dated 12/28/05 (D.I. 8), sent via certified mail this date to Thomas Carroll, Warden and the Attorney General of the State of Delaware. (dlk ) (Entered: 01/05/2006) |
| 01/05/2006 | 9 | Postal Receipt(s) for the mailing of process to Thomas J. Carroll (dlk ) (Entered: 01/06/2006) |
| 01/05/2006 | 10 | Postal Receipt(s) for the mailing of process to Loren Meyers, Deputy AG for M. Jane Brady (dlk ) (Entered: 01/06/2006) |
| 01/13/2006 | 11 | Return of Service Executed. Loren Meyers served on 1/6/2006, answer due 1/26/2006. (afb, ) Modified on 1/18/2006 (afb, ). (Entered: 01/13/2006) |
| 01/13/2006 | | CORRECTING ENTRY: clerk updated docket text of D.I. 11 to reflect return of service on Loren Meyers. (afb, ) (Entered: 01/18/2006) |
| 01/20/2006 | 12 | MOTION for Voluntary Dismissal - filed by Ronald E. Proctor, Jr. (Attachments: # 1 Exhibit A# 2 letter)(afb, ) (Entered: 01/23/2006) |
| 01/31/2006 | 13 | ORDER OF DIMISSAL that Petitioner's 12 Motion for Voluntary Dismissal is GRANTED and the above-captioned matter is DISMISSED without prejudice. (CASE CLOSED) . Signed by Judge Joseph J. Farnan, Jr. on 01/31/06. (afb, ) (Entered: 02/01/2006) |

| 02/27/2006 | | ***Set Paper Documents Flag (rbe, ) (Entered: 02/27/2006) | |