Aug 30, 2006

Clerk
US District Court
844 King ST
Lock Box 18
Wilmington, DE 19801-9954

FILED
SEP 05 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
Scanned

Re: Proctor v. Carroll et al., Civ.No. 05-683JJF

Dear Clerk:

Please file the enclosed and note, on the file, my change of address below. Also I would like Court's Clerk to know I am in need of the original petition as contained in Docket Entry No. #2 if the Court reinstates the action. If not as requested I'll still need a copy of the sealed exhibit A., and a copy of original petition as I'll have to re-file if the Court denys my motion to reinstate. Either way I'll need a copy of the original petition.

Thank you,

x _____
Ronald E. Proctor
00163756 BT506
P.O. Box 500
Georgetown, DE
19947

P.S. I'm going to need a 28 USC § 2254 complaint form w/ cover sheet and Informa Pauperis to amend the heading since I'm at another institution.

xc: file