OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

August 23, 2006



Ronald E. Proctor, Jr.
#163750
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

RE:  *Ronald E. Proctor, Jr., v. Warden Thomas J. Carroll, et al.*
     Civ. No.: 05-683 JJF

Dear Mr. McNeil:

   The Clerk's Office is currently in the process of preparing the above case for transfer to the National Archives and Records Administration (NARA). Pursuant to the enclosed Order of the Court, **counsel is asked to claim the sealed documents mentioned in the Order by September 7, 2006.** All sealed documents filed in subject case are identified in yellow on the attached partial docket sheet. A jointly filed document may be claimed by any attorney who signed/filed the document.

   *If counsel does not claim the documents that they filed by the above date*, the Clerk will <u>unseal</u> any sealed documents remaining and send them to the NARA in accordance with the Order.

   To claim your sealed documents kindly **send an E-MAIL to our specially designated court address at:**

   <u>returnsealeddocs@ded.uscourts.gov</u>

   Simply specify the documents that you are claiming by stating the case number and docket item number(s), along with your name and firm address. Please do not claim your documents via any form of docket entry in CM/ECF. Once we receive your e-mailed claim, we will prepare the documents for your retrieval and **contact you** when they are ready for pick-up. An attorney or pro se party who is not a registered CM/ECF filer may claim their sealed documents by writing me at the Clerk's Office, at Lock Box 18, 844 North King Street, Wilmington, DE 19801.

                                            Sincerely,
                                            By: /s/
                                            Peter T. Dalleo
                                            Clerk of Court

Enc. Partial Docket Sheet

CLOSED, HABEAS, PaperDocuments

## U.S. District Court
### District of Delaware (Wilmington)
### CIVIL DOCKET FOR CASE #: 1:05-cv-00683-JJF
### Internal Use Only

Proctor v. Carroll et al
Assigned to: Honorable Joseph J. Farnan, Jr.
Related Case: 1:06-cv-00418-JJF
Cause: 28:2254 Petition for Writ of Habeas Corpus (State)

Date Filed: 09/16/2005
Jury Demand: Plaintiff
Nature of Suit: 530 Habeas Corpus (General)
Jurisdiction: Federal Question

**Petitioner**

**Ronald E. Proctor, Jr.**                represented by    **Ronald E. Proctor, Jr.**
#163750
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977
PRO SE

V.

**Respondent**

**Warden Thomas J. Carroll**

**Respondent**

**Attorney General M. Jane Brady**

| Date Filed | # | Docket Text |
|---|---|---|
| 09/16/2005 | 1 | MOTION for Leave to Proceed in forma pauperis - filed by Ronald E. Proctor, Jr. (Attachments: # 1 Financial Statement)(dab, ) (Entered: 09/23/2005) |
| 09/16/2005 | 2 | PETITION for Writ of Habeas Corpus - filed by Ronald E. Proctor, Jr. (Attachments: # 1 Exhibit A (SEALED)# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E# 6 Exhibit F# 7 Exhibit G# 8 Exhibit H# 9 Exhibit I# 10 Exhibit J# 11 Exhibit J 1# 12 Exhibit J 2# 13 Exhibit J 3# 14 Civil Cover Sheet)(dab, ) (Entered: 09/23/2005) |
| 09/16/2005 | 3 | Letter to Clerk of the Court from Ronald E. Proctor, Jr. regarding clocked copies of Petition re 2 Petition for Writ of Habeas Corpus,. (dab, ) (Entered: 09/23/2005) |
| 09/16/2005 | 4 | REDACTED VERSION of 2 Petition for Writ of Habeas Corpus, by Ronald E. Proctor, Jr. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E# 6 Exhibit F# 7 Exhibit G# 8 |

*I need all of this* (handwritten annotation)