IN The United States District Court
for The District of Delaware

Ronald E. Proctor Jr.,
　　　　Petitioner,
V.　　　　　　　　　　　　　　　Civ. No. 05-683JJF
Warden Thomas J. Carroll et al.,
　　　　Respondents.

FILED
SEP 05 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

## Motion To Reinstate

Comes Now Petitioner Ronald E. Proctor Jr., in the above styled cause would move this court to reinstate his Habeas Corpus Action that would therefore show:

1.) Petitioner (Hereinafter Proctor) on 1-20-06 Doc #12 moved the court for a voluntary dismissal in that Proctor time at level I would expire on 3-17-06 thus the continued petition would be moot.

2.) On 1-31-06 Doc #13 The Court dismiss the action without prejudice.

3.) On June 12, 2006 Proctor was violated on a conditional release violation pursuant

To 11 Del. C. § 4352(A) thru (9) Provisionals. And Held for The Parole Board Hearing on Oct. 3, 2006 Thus-Placing Proctor Again A level V Incarceration.

4.) Thus Proctor is now under The Same Constraints As Contained In The Original Proceedings before The Court And The State is NOT Prejudiced By The Actions Aforesaid in That, The Same Commitment As Contained In The Original Petition Still Apply And The Same Sentencing Orders As Contained Thereinunder.

Wherefore for The foregoing Reasons Petitioner would Pray The Court To Reinstate This Action And Order Respondents Response As Contained In This Courts 12-28-05 Order Due At # 8 Accordingly.

Dated: August 30, 2006       Respectfully,

X _____
Ronald E. Proctor Jr.
00163750 PT 506
P.O. Box 500
Georgetown, DE 19947