OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

September 6, 2006

TO: Ronald E. Proctor, Jr.
      S.C.I.
      #163750
      P.O. Box 500
      Georgetown, DE 19947

      **RE: Letter to the Clerk dated 8/30/06; C.A. 05-683 JJF**

Dear Mr. Proctor:

    A letter has been received by the Clerk's office from you requesting a copy of docket item number 2, in Civ. No. 05-683 JJF.

    Please be advised that in accordance with the directive from the Judicial Conference of the United States the fee for copywork is fifty ($.50) cents per page. The document you are requesting a copy if is 51 pages in length. If you wish to obtain a copy of this document, prepayment should be sent with your request, check or money order payable to Clerk, U.S. District Court, in the amount of **$25.50.**

    Pursuant to the Order entered on 8/23/06 by the Honorable Joseph J. Farnan, Jr., the following sealed document is being returned to you: Exhibit A of d.i. #2, from Civ. No. 05-683 JJF, closed on 1/31/06.

    Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

                              Sincerely,

/rpg                       PETER T. DALLEO
                             CLERK

cc: The Honorable Joseph J. Farnan, Jr.
     Alpha File

Enc: 2254 Petition Form
      IFP Form
      Exhibit A, of d.i. #2, in C.A.# 05-683 JJF